| | |
|---|---|
| 1 | Kirk D. Dillman (SBN 110486)<br>kdillman@mckoolsmithhennigan.com |
| 2 | Alan P. Block (SBN 143783)<br>ablock@mckoolsmithhennigan.com |
| 3 | MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, California 90071<br>Telephone:(213) 694-1200 |
| 5 | |
| 6 | Steven Rizzi<br>srizzi@McKoolSmith.com |
| 7 | Ramy E. Hanna<br>rhanna@McKoolSmith.com |
| 8 | MCKOOL SMITH, P.C.<br>One Manhattan West |
| 9 | 395 9th Avenue, 50th Floor<br>New York, New York 10001-8603 |
| 10 | Telephone:(212) 402-9400 |
| 11 | Christopher P. McNett (SBN 298893)<br>cmcnett@mckoolsmith.com |
| 12 | MCKOOL SMITH, P.C.<br>1100 15th Street, NW |
| 13 | 5th Floor<br>Washington, DC 20005 |
| 14 | Telephone: (212) 402-9400 |
| 15 | Scott W. Hejny (admitted *pro hac vice*)<br>shejny@mckoolsmith.com |
| 16 | McKOOL SMITH, P.C.<br>McKool Smith, P.C. |
| 17 | 300 Crescent Court, Suite 1500<br>Dallas, Texas 75201 |
| 18 | Telephone: (214) 978-4000 |
| 19 | *ATTORNEYS FOR EXPRESS MOBILE, INC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EXPRESS MOBILE, INC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20-cv-08491-RS |
| | ) | |
| v. | ) | **DECLARATION OF SCOTT W.** |
| | ) | **HEJNY IN SUPPORT OF** |
| BOOKING COM B.V., PRICELINE.COM LLC., | ) | **PLAINTIFF EXPRESS MOBILE,** |
| AGODA COMPANY PTE. LTD., and | ) | **INC.'S OPPOSITION TO** |
| OPENTABLE, INC., | ) | **DEFENDANTS' MOTION FOR** |
| | ) | **JUDGMENT ON THE PLEADINGS** |
| Defendants. | ) | |
| | ) | |

I, Scott W. Hejny, declare under 28 U.S.C. § 1746:

1. I am a principal at McKool Smith, counsel for Plaintiff Express Mobile, Inc. ("Plaintiff"). I have personal knowledge of the following facts and could and would competently testify to them if called upon to do so. I make this declaration in support of Plaintiff Express Mobile, Inc.'s Opposition to Defendants' Motion for Judgment on the Pleadings.

2. Attached here to as Exhibit A is a true and correct copy of the definition of "CDN" or "computer delivery network", Microsoft Computer Dictionary, 5th ed. (2002).

3. Attached here to as Exhibit B is a true and correct copy of the webpage The Cloudflare global network, https://www.cloudflare.com/network/, last visited January 12, 2022.

4. Attached here to as Exhibit C is a true and correct copy of the webpage Fastly network map, last accessed January 12, 2022.

5. Attached here to as Exhibit D is a true and correct copy of the webpage Media Delivery Network Map, last accessed January 12, 2022.

6. Attached here to as Exhibit E is a true and correct copy of the Neustar Location for IP 185.28.40, last accessed January 12, 2022.

7. Attached here to as Exhibit F is a true and correct copy of the Neustar Location for IP 185.28.12, last accessed January 12, 2022.

8. Attached here to as Exhibit G is a true and correct copy of the Neustar Location for IP 104.68.118.117, last accessed January 12, 2022.

9. Attached here to as Exhibit H is a true and correct copy of *Perfect 10 v. OCOM B.V.*, No. 2:14-cv-00808, Dkt. No. 17 (C.D. Cal. Mar. 28, 2014).

10. Attached here to as Exhibit I is a true and correct copy of of *Perfect 10 v. OCOM B.V.*, No. 2:14-cv-00808, Dkt. No. 30 (C.D. Cal. April 28, 2014).

11. Attached here to as Exhibit J is a true and correct copy of the article entitled "How accurate are IP geolocation services", by Ioana Livadariu, dated September 15, 2020.

12. Attached here to as Exhibit K is a true and correct copy of Neustar IP Intelligence FAQ, last accessed January 12, 2022.

1  13. Attached here to as Exhibit L is a true and correct copy of Defendants' Objections
2  and Responses to Plaintiff's First Set of Requests for Production (Nos. 1-55), dated April 26, 2021.
3  I declare under penalty of perjury of the laws of the United States that the foregoing is true
4  and correct.
5  Executed on this 13th day of January, 2022, in Dallas, Texas.

By: */s/ Scott W. Hejny*
Scott W. Hejny