# EXHIBIT A

*Microsoft*



OVER
10,000
ENTRIES

# Microsoft
# Computer
# Dictionary
## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p.  cm.
    ISBN 0-7356-1495-4
    1.  Computers--Dictionaries.    2.  Microcomputers--Dictionaries.

  AQ76.5. M52267   2002
  004'.03--dc21                                          200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:**  Alex Blanton
**Project Editor:**  Sandra Haynes


Body Part No. X08-41929

**C**

that the compact disc is compliant with the ISO 9660 standard. CDFS is also used as a part of commands that mount media (hard drives, tape drives, remote networked drives, and CD-ROMs) for use on a computer. *See also* CD-ROM, ISO 9660.

**CD-I** *n.* Acronym for **c**ompact **d**isc-**i**nteractive. A hardware and software standard for a form of optical disc technology that can combine audio, video, and text on high-capacity compact discs. CD-I includes such features as image display and resolution, animation, special effects, and audio. The standard covers methods of encoding, compressing, decompressing, and displaying stored information. *See also* CD-ROM.

**CDMA** *n. See* Code Division Multiple Access.

**CDN** *n.* Acronym for **c**ontent **d**elivery **n**etwork. A service that caches the pages of a Web site on geographically dispersed servers to enable faster delivery of Web pages. When a page is requested at a URL that is content delivery–enabled, the content delivery network routes the user's request to a cache server close to the user. *See also* content delivery.

**CDP** *n.* Acronym for **C**ertificate in **D**ata **P**rocessing. A certificate awarded by the Institute for Certification of Computer Professionals to individuals who pass a set of examinations on computers and related areas, including programming, software, and systems analysis.

**CDPD** *n. See* Cellular Digital Packet Data.

**CD player** *n.* Short for **c**ompact **d**isc **p**layer. A device that reads the information stored on a CD. A CD player contains the optical equipment necessary for reading a disc's contents and the electronic circuitry for interpreting the data as it is read.

**CD Plus** *n.* A compact disc encoding format that allows mixing of audio recordings and computer data on the same CD, without the possibility of audio equipment becoming damaged by attempting to play the data sections.

**CD-R** *n.* Acronym for **c**ompact **d**isc-**r**ecordable. A type of CD-ROM that can be written on a CD recorder and read on a CD-ROM drive. *See also* CD recorder, CD-ROM.

**CD-R/E** *adj.* Acronym for **c**ompact **d**isc-**r**ecordable and **e**rasable. Of or pertaining to hardware and software for interfacing computers with both CD-R (compact disc-recordable) and CD-E (compact disc-erasable) devices. *See also* CD-R.

**CD recorder** *n.* A device used to write CD-ROMs. Because a disc can be written only once on these machines, they are used most commonly to create CD-ROMs for data archives or to produce CD-ROM masters that can be duplicated for mass distribution. *Also called:* CD-R machine, CD-ROM burner. *See also* CD-ROM.

**CD-R machine** *n. See* CD recorder.

**CD-ROM** *n.* **1.** Acronym for **c**ompact **d**isc **r**ead-**o**nly **m**emory. A form of storage characterized by high capacity (roughly 650 megabytes) and the use of laser optics rather than magnetic means for reading data. Although CD-ROM drives are strictly read-only, they are similar to CD-R drives (write once, read many), optical WORM devices, and optical read-write drives. *See also* CD-I, CD-R, WORM. **2.** An individual CD (compact disc) designed for use with a computer and capable of storing up to 650 megabytes of data. *See also* CD, disc.

**CD-ROM burner** *n. See* CD recorder.

**CD-ROM drive** *n.* An electromechancial device that reads data on CD-ROMs. Most CD-ROM drives have a SCSI interface, although some are connected to a PC via a controller for a disk drive. Data is read through a small laser that is focused on the surface of the CD-ROM through optical mirrors in the read/write head. A spindle and drive motor revolve the CD-ROM, so all data, which is stored in spirals from the center, can be read. CD-ROM drives vary in the access time to locate a track on the CD-ROM and the seek time to move the read/write head. See the illustration. *Also called:* CD drive. *See also* CD-ROM, compact disc.



CD-ROM drive

*CD-ROM drive.*

**CD-ROM Extended Architecture** *n. See* CD-ROM/XA.

**CD-ROM File System** *n. See* CDFS (definition 1).

# EXHIBIT B



Log In  |  🌐 ⌄  ☰

# The Cloudflare global network

Our vast global network, which is one of the fastest on the planet, is trusted by millions of web properties.

With direct connections to nearly every service provider and cloud provider, the Cloudflare network can reach 95% of the world's population within 50 ms.



# 250

cities in 100+ countries, including mainland China

# 10,000

networks directly connect to Cloudflare, including every major ISP, cloud provider, and enterprise

# 100 Tbps

global network edge capacity, consisting of transit connections, peering and private network interconnects

# 50 ms

from 95% of the world's Internet-connected population

---

# Data Center Locations

**View Cloudflare's system status ›**

---

**North America**

---

**Latin America & the Caribbean**

---

**Africa**

**Europe**

**Middle East**

**Asia**

**Mainland China**

**Oceania**

## Cloudflare plans to extend its network to over 1,000 office buildings

Learn more

# One network — everywhere

The Cloudflare global network runs every service in every data center so your users have a consistent experience everywhere — whether they are in Chicago or Cape Town. This means all customer traffic is processed at the data center closest to its source, with no backhauling or performance tradeoffs. And with single-pass inspection, security is streamlined and built-in.

# What can the Cloudflare network do for you?

Every day, Cloudflare customers use our network to deliver applications to users around the world, secure corporate assets with a Zero Trust model, and streamline WAN architectures. Whether you are storing objects, deploying serverless code, or blocking cyber attacks, all our security and performance capabilities extend globally, making configuration a breeze.

### Developers

Deploy serverless code everywhere across our network instantly.

### Enterprise architects

Simplify application delivery architecture and ensure a seamless experience for all users globally.

### IT security

Protect users in the office and working remotely with consistent Zero Trust security.

### Network administrators

Improve the performance, reliability, and security of your WAN by using the Cloudflare network.

## What is your latency to our network?

Run test

## Blazing fast performance

With Cloudflare, your corporate network can run faster than the Internet, thanks to a customized Linux server platform, industry-leading innovations, and direct connections to nearly every service provider, cloud provider, and major enterprise.

**Learn more ›**

## Security without tradeoffs

We do not just secure the network — we secure the whole company. And we use our own security products. We ensure TLS encryption for all data in transit and maintain strict physical security standards. We lead the industry in enforcing security hygiene and protecting the fundamental layers of the Internet such as DNS and BGP.

**Learn more ›**

## Privacy first

Cloudflare builds data privacy into everything we do. Since we do not generate revenue from advertising, we default against the collection and retention of personal data we process on your behalf. We have committed to challenging government requests for access to encryption and authentication keys.

**Learn more ›**

# Get to any network — faster

Interconnected with over 10,000 major service providers, cloud providers, and enterprise networks, Cloudflare is your own fast lane on the Internet. By avoiding network hops and optimizing traffic paths, we drastically reduce latency while improving application performance and the end user experience.

# Compliance and privacy – built-in

We give customers control over information passing over our network and make it easy to enforce country-specific rules for access management. Our Data Localization Suite provides granular controls on where data is inspected to ease compliance burdens. We engineer our products to meet the highest standards of security and user privacy, including by championing security best practices like BGP RPKI and new standards like Oblivious DNS over HTTP.

# The Cloudflare difference

### Anycast network

Minimize latency and increase resiliency with a global Anycast network that can effortlessly stop even the largest DDoS attacks.

### Smart routing

Connect any user to any application up to 30% faster, with a rich application and performance data set that intelligently routes around congestion.

### 100% renewable

Reduce your carbon footprint by using a network that is 100% powered by renewable energy with net zero emissions.

### China network

Ensure a fast and consistent experience for users inside and outside mainland China with our growing presence in the region.

## Fastest DNS

Keep your Internet browsing safe and private with 1.1.1.1, the world's fastest DNS resolver — powered by the Cloudflare global network.

## Serverless edge compute

Build and deploy serverless apps instantly across the globe with exceptional reliability, performance, and scale using Cloudflare Workers.

# Trusted by millions of Internet properties

**View case studies** ›

# Resources

### How our network maintains data privacy

This white paper describes how data travels on the Cloudflare network, data collection and privacy, and our protection of encryption keys.

**Download PDF** ›

### Magic Transit protects networks and improves performance

Review results of app performance tests that demonstrate that latency decreased when traffic was routed over Magic Transit.

**Download PDF** ›

### Addressing data locality and privacy obligations in Europe

Learn about our privacy commitments, our long history of working with European companies, and how our services help organizations meet their data protection needs.

**Download PDF** ›

### Improving DNS privacy with oblivious DoH in 1.1.1.1

The ODoH protocol — co-authored by Cloudflare engineers — is a practical approach for prioritizing user privacy without compromising performance and user experience on the Internet.

**Read blog post** ›

# See what our network can do for your business

Sign up

Contact sales

Sales

Enterprise Sales

Become a Partner

Contact Sales:

+1 (888) 99 FLARE

Getting Started

Community

Developers

Support

Company



© 2022 Cloudflare, Inc.     Privacy Policy     Terms of Use     Disclosure     Cookie Preferences     Trademark

# EXHIBIT C



# A new architecture for the modern internet

Deploying thousands of small, scattered points of presence (POPs) may have worked for legacy CDNs in the dial-up era, but the internet has become increasingly dynamic, and spinning disks no longer get the job done. Fastly has taken a fundamentally different approach: we've focused our efforts on placing fewer, more powerful POPs at strategic markets around the world. With Tier 1 transit, solid-state drive (SSD) powered servers, and an engineering team that lives to optimize for speed, we've built a blazing-fast network that requires less hardware to deliver comprehensive global reach. Fastly's high-density POPs enable us to serve more from cache, including static and event-driven content. This improves your cache hit ratio, resulting in better user experiences.



- ● Single POP
- ● Multiple POPs
- ● Planned new POP
- ● Planned upgrade

## Network map

**North America**

- Ashburn*
- Atlanta*
- Boston
- Chicago*
- Columbus
- Dallas*
- Denver
- Detroit
- Houston
- Jacksonville
- Kansas City
- Los Angeles*
- Miami
- Minneapolis
- Montreal
- New York*
- Phoenix
- Portland
- San Jose*
- Seattle
- St Louis
- Toronto
- Vancouver

**South America**

- Bogota
- Buenos Aires
- Curitiba
- Fortaleza
- Lima
- São Paulo*
- Santiago
- Rio de Janeiro

**Europe**

- Amsterdam
- Copenhagen
- Dublin
- Frankfurt*
- Helsinki
- London*
- Madrid
- Manchester
- Marseille
- Milan
- Munich
- Oslo
- Paris
- Rome
- Stockholm
- Vienna

**Africa**

- Accra
- Cape Town
- Johannesburg

**Asia**

- Chennai
- Fujairah
- Hong Kong
- Hyderabad
- Kuala Lumpur
- Manila
- Mumbai
- New Delhi
- Osaka
- Seoul
- Singapore
- Tokyo*

**Australia & New Zealand**

- Auckland
- Brisbane
- Melbourne
- Perth
- Sydney
- Wellington

**Coming soon**

- Adelaide
- Brussels
- Calgary
- Christchurch
- Dubai
- Honolulu
- Jakarta
- Kolkata
- Lisbon
- Mexico City
- Nairobi
- Sofia
- Taipei

* = Multiple POPs

**Network map last updated:** September 30, 2021

## Global capacity

167 Tbps of connected global capacity

**Capacity last updated:** September 30, 2021

## Performance by the numbers

- **150ms mean purge time** to clear cached content globally, as of December 31, 2020
- **~ 5 sec to change a config** through the web API
- **Sub-millisecond TTFB** on the **99th%**

## Protocols and standards

Fastly's edge cloud platform supports HTTP/1.1, HTTP/2, HTTP/3, QUIC, TLS 1.0, TLS 1.1, TLS 1.2, and TLS 1.3.

## Peering with Fastly

Fastly peers with other Internet Service Providers (ISPs) and Content Networks with IPv4 and IPv6 connectivity on Autonomous System (AS) 54113 for the purpose of exchanging traffic between these networks. To learn more about peering with Fastly, visit our peering page.

## The power of the edge

Our real-time "Tachometer" displays content delivery requests per second, Cache hit ratio, Hit time, and Bandwidth based on aggregated content delivery requests and bandwidth across our network. These figures include usage and services from our content delivery customers, as well as trial, developer, nonprofit and open source program, and other non-paying accounts. These figures also include usage from our own internal health check requests. These figures do not include usage from our Compute@edge or Signal Sciences products. As such, these figures are only for informational purposes to show the scale of our content delivery services and do not reflect or predict our revenue or financial performance. You should not rely on our Tachometer to evaluate our business or expected financial results.



**18.6M**
## Requests per second

This is a count of every content delivery request across our network in the last second.

| **89.1%** | **0.211 ms** | **36.6 Tb/s** |
|---|---|---|
| **Cache hit ratio** | **Hit time** | **Bandwidth** |
| This is the ratio of cacheable content served from cache to cacheable content that needed to be fetched from a customer's origin. Cacheable content is defined as content that has not been explicitly marked to always be fetched from the origin. | The average amount of time it takes to serve a piece of content that is cached on one of our servers. | This is the current aggregate size of all content served from all our servers in the last second. |

## Ready to get started?

Try Fastly free            Talk to an expert



Get in touch or create an account.

fastly

Trust
Acceptable use
Terms of service
Privacy policy
Website data collection
CCPA compliance statement
Code of conduct

©2022 Fastly, Inc. All Rights Reserved

Products
Overview
Compute@Edge
CDN
Image optimization
Video & Streaming
Cloud Security
Load balancing

For Developers
Documentation
Fastly API
Security
Build on Fastly
Open source
Community
Network map

For Businesses
Customer stories
Digital publishing
Online retail
Streaming media
SaaS
Travel & hospitality
Financial services
Online Education

Company
Careers
Blog
Press
Events
Why Fastly
Company
Partners
Investor relations
Industry analysts
Quarterly release notes

Support
Support center
Contact us
Getting started
Resources
Managed CDN
Professional services
Network status

# EXHIBIT D



# Media Delivery Network Map

**REGION:**
World

**COMPARISON VIEW:**
Akamai (Media Delivery +

Akamai Media Delivery Network    Akamai Media Delivery + Storage

Our network is in over 135 countries within more than 1,450 networks. Here's why that matters.

When it comes to media delivery, even the highest performing networks aren't immune to the realities of the internet. Congestion, latency, and packet loss can happen at anytime, slowing down delivery and interrupting your audience's experience. That's when your points of presence—where you're storing and distributing media—matter. Our distributed architecture means we're closer to your audience, and can effectively bypass common interruptions to provide a consistent, high-quality online media experience to your audience...the kind they expect to have.

The map above provides a global view of our Media Delivery and Storage network. Refreshed every six months, it provides an up-to-date view of our network presence and identifies, at a regional level, the locations used to store and distribute media. Look up a specific region, or see how our network compares to the competition.

## Learn More about Akamai Media Delivery



Sign up for a free trial of Akamai's market leading Video Delivery Solution

Sign up  ›



Sign up for a free trial of Akamai's market leading Download Delivery Solution

Sign up  ›







**Solutions**

Security
Content Delivery (CDN)
Edge Compute

**Company**

History
Facts and Figures
Leadership
Board of Directors
Investor Relations
Environmental, Social, and Governance
Ethics
Compliance

**Newsroom**

Press Releases
In the News
Awards
Media Resources

**Careers**

Working at Akamai
Students and Recent Grads
Workplace Diversity
Search Jobs
Careers Blog

**Privacy Trust Center**

Policy Details
Cookie Settings

**Contact**

Under Attack?
Customer Support
Get in Touch
Akamai Partners
Control Center
Locations
Service Status

©2022 Akamai Technologies

EN

EMEA Legal Notices

# EXHIBIT E

IP Address Lookup & Geolocation Tool | Neustar

**neustar.**

Site search...

# Free IP Address & Geolocation Lookup Tool

Your IP Address Is: **66.28.223.242**

Enter IP Address:        185.28.222.40                    Look Up

## Lookup Results for: **185.28.222.40**



| | |
|---|---|
| Continent: | north america |
| Country: | united states |
| Country Code: | us |
| Region: | southwest |
| State: | california |
| State Code: | ca |
| DMA: | 807 |
| MSA: | 41940 |
| City: | san jose |
| Postal Code: | 95122 |
| Timezone: | GMT −8:00 |
| Area Code: | 408 |
| Latitude: | 37.33053 |
| Longitude: | −121.83823 |
| Carrier: | booking.com bv |
| Organization: | booking.com us |

Request IP Update

## What is an IP Address?

An Internet Protocol (IP) address is the unique number that gets assigned to your connected device. Every mobile phone, laptop, cable box, tablet, server along with thousands of other types of devices (IoT) that are connected to a computer network has one.

## What is IP Geolocation?

IP geolocation is the science of determining the physical location and Internet connection characteristics of a web visitor. Much like how a street address identifies where you live, an IP address functions as the identifying "street address" of the device and allows companies to see where the device is located and route traffic to the nearest server for faster connections and lower latency. No Personally Identifiable Information (PII) is required, and our data is fully compliant with all privacy mandates including GDPR and CCPA.

## IP Geolocation Data We Provide

This free tool uses UltraGeoPoint data to provide you with insights including: state and/or city, postal code, country, continent, latitude and longitude, registering organization, phone number prefix, time zone, DMA and MSA. Contact us if you would like to learn about how to access the over 40 decisioning fields available for IPv4 and IPv6 from UltraGeoPoint.

### Make the Switch

Looking to change your current IP geolocation data provider? Check out Neustar. We have a variety of data formats and delivery methods to make your switch easy! Make the Switch

### Want to Learn More?

Contact Us

Or **call +1-855-898-0036** to speak with a Neustar sales representative

**Already a customer? Access your portal.**

### Latest Blog Posts

- When Facing a Zero Day Threat, A Good WAF Can Be Your Best Friend
- Reliability Matters, Now More than Ever
- Automation Pays Off When Thwarting a 1.3 Tbps DDoS Attack
- 2022 Best Current Practices for DDoS Defense
- Understanding Positive and Negative Security Models to Safeguard Web Applications

## Related Content



### The Insider's Guide to IP Geolocation Data After COVID-19

This guide presents the insights and information you need to better understand IP geolocation decisioning data.

Download Guide



### Why You Need Accurate IP Location Insights

Join Security Magazine for this informative webinar discussing the need for accurate location insights – pre and post – pandemic.

Watch Webinar



### Are You a Developer?

As an UltraGeoPoint Developer, you can use our API to lookup 500 IP addresses per day. Register for a FREE limited API developer account.

Register Now

**Marketing Solutions**

Fabrick™

Customer Analytics

Customer Experience

Customer Intelligence

AdAdvisor

**Risk Solutions**

TRUSTID Fraud Solutions

TRUSTID Compliance Solutions

TRUSTID Contact Center Solutions

**Communications Solutions**

Trusted Call Solutions

Business Listings

Carrier Provisioning

Global Numbering Insights

**Security Solutions**

Application & Network Security

DNS Services

Security Intelligence

Web Performance Management

Professional Services

Industries

Clients

Resources

Blog

**About Us**

Leadership

Careers

News & Events

Partners

**Contact Us**

Neustar Headquarters
1906 Reston Metro Plaza
Suite 500
Reston, VA 20190

571-434-5400

Product and Sales Inquiries:

**1-855-898-0036**

Customer Support:

**1-844-NSR-CUST**

Privacy Support:

**1-844-638-2878**

  



---

Copyright © 2022 TransUnion LLC. All Rights Reserved     Privacy *(Updated 12/1/21)*     Your Ad Choices     Privacy Choices

Do Not Sell My Personal Information     Legal     Sitemap     Payments

# EXHIBIT F

neustar

Site search...

# Free IP Address & Geolocation Lookup Tool

Your IP Address Is: **66.28.223.242**

Enter IP Address:    185.28.222.12                    Look Up

## Lookup Results for: **185.28.222.12**



| | |
|---|---|
| Continent: | north america |
| Country: | united states |
| Country Code: | us |
| Region: | southwest |
| State: | california |
| State Code: | ca |
| DMA: | 807 |
| MSA: | 41940 |
| City: | san jose |
| Postal Code: | 95122 |
| Timezone: | GMT −8:00 |
| Area Code: | 408 |
| Latitude: | 37.33053 |
| Longitude: | −121.83823 |
| Carrier: | booking.com bv |
| Organization: | booking.com us |

Request IP Update

## What is an IP Address?

An Internet Protocol (IP) address is the unique number that gets assigned to your connected device. Every mobile phone, laptop, cable box, tablet, server along with thousands of other types of devices (IoT) that are connected to a computer network has one.

## What is IP Geolocation?

IP geolocation is the science of determining the physical location and Internet connection characteristics of a web visitor. Much like how a street address identifies where you live, an IP address functions as the identifying "street address" of the device and allows companies to see where the device is located and route traffic to the nearest server for faster connections and lower latency. No Personally Identifiable Information (PII) is required, and our data is fully compliant with all privacy mandates including GDPR and CCPA.

## IP Geolocation Data We Provide

This free tool uses UltraGeoPoint data to provide you with insights including: state and/or city, postal code, country, continent, latitude and longitude, registering organization, phone number prefix, time zone, DMA and MSA. Contact us if you would like to learn about how to access the over 40 decisioning fields available for IPv4 and IPv6 from UltraGeoPoint.

### Make the Switch

Looking to change your current IP geolocation data provider? Check out Neustar. We have a variety of data formats and delivery methods to make your switch easy! Make the Switch

### Want to Learn More?

Contact Us

Or **call +1-855-898-0036** to speak with a Neustar sales representative

**Already a customer? Access your portal.**

### Latest Blog Posts

- When Facing a Zero Day Threat, A Good WAF Can Be Your Best Friend

- Reliability Matters, Now More than Ever

- Automation Pays Off When Thwarting a 1.3 Tbps DDoS Attack

- 2022 Best Current Practices for DDoS Defense

- Understanding Positive and Negative Security Models to Safeguard Web Applications

## Related Content



### The Insider's Guide to IP Geolocation Data After COVID-19

This guide presents the insights and information you need to better understand IP geolocation decisioning data.

Download Guide



### Why You Need Accurate IP Location Insights

Join Security Magazine for this informative webinar discussing the need for accurate location insights – pre and post – pandemic.

Watch Webinar



### Are You a Developer?

As an UltraGeoPoint Developer, you can use our API to lookup 500 IP addresses per day. Register for a FREE limited API developer account.

Register Now

**Marketing Solutions**

Fabrick™

Customer Analytics

Customer Experience

Customer Intelligence

AdAdvisor

**Risk Solutions**

TRUSTID Fraud Solutions

TRUSTID Compliance Solutions

TRUSTID Contact Center Solutions

**Communications Solutions**

Trusted Call Solutions

Business Listings

Carrier Provisioning

Global Numbering Insights

**Security Solutions**

Application & Network Security

DNS Services

Security Intelligence

Web Performance Management

Professional Services

Industries

Clients

Resources

Blog

**About Us**

Leadership

Careers

News & Events

Partners

**Contact Us**

Neustar Headquarters
1906 Reston Metro Plaza
Suite 500
Reston, VA 20190

571-434-5400

Product and Sales Inquiries:

**1-855-898-0036**

Customer Support:

**1-844-NSR-CUST**

Privacy Support:

**1-844-638-2878**

  



Copyright © 2022 TransUnion LLC. All Rights Reserved     Privacy *(Updated 12/1/21)*     Your Ad Choices     Privacy Choices

Do Not Sell My Personal Information     Legal     Sitemap     Payments

# EXHIBIT G

**neustar.**

Site search...

# Free IP Address & Geolocation Lookup Tool

Your IP Address Is: **66.28.223.242**

Enter IP Address:    104.68.118.117        Look Up

## Lookup Results for: **104.68.118.117**



| | |
|---|---|
| Continent: | north america |
| Country: | united states |
| Country Code: | us |
| Region: | southwest |
| State: | california |
| State Code: | ca |
| DMA: | 807 |
| MSA: | 41940 |
| City: | san jose |
| Postal Code: | 95122 |
| Timezone: | GMT –8:00 |
| Area Code: | 408 |
| Latitude: | 37.33053 |
| Longitude: | –121.83823 |
| Carrier: | akamai technologies inc. |
| Organization: | akamai technologies inc. |

# neustar

Site search...

## What is an IP Address?

An Internet Protocol (IP) address is the unique number that gets assigned to your connected device. Every mobile phone, laptop, cable box, tablet, server along with thousands of other types of devices (IoT) that are connected to a computer network has one.

## What is IP Geolocation?

IP geolocation is the science of determining the physical location and Internet connection characteristics of a web visitor. Much like how a street address identifies where you live, an IP address functions as the identifying "street address" of the device and allows companies to see where the device is located and route traffic to the nearest server for faster connections and lower latency. No Personally Identifiable Information (PII) is required, and our data is fully compliant with all privacy mandates including GDPR and CCPA.

## IP Geolocation Data We Provide

This free tool uses UltraGeoPoint data to provide you with insights including: state and/or city, postal code, country, continent, latitude and longitude, registering organization, phone number prefix, time zone, DMA and MSA. Contact us if you would like to learn about how to access the over 40 decisioning fields available for IPv4 and IPv6 from UltraGeoPoint.

### Make the Switch

Looking to change your current IP geolocation data provider? Check out Neustar. We have a variety of data formats and delivery methods to make your switch easy! Make the Switch

### Want to Learn More?

Contact Us

Or **call +1-855-898-0036** to speak with a Neustar sales representative

**Already a customer? Access your portal.**

### Latest Blog Posts

- When Facing a Zero Day Threat, A Good WAF Can Be Your Best Friend

- Reliability Matters, Now More than Ever

- Automation Pays Off When Thwarting a 1.3 Tbps DDoS Attack

- 2022 Best Current Practices for DDoS Defense

- Understanding Positive and Negative Security Models to Safeguard Web Applications

**neustar**

Site search...







### The Insider's Guide to IP Geolocation Data After COVID-19

This guide presents the insights and information you need to better understand IP geolocation decisioning data.

Download Guide

### Why You Need Accurate IP Location Insights

Join Security Magazine for this informative webinar discussing the need for accurate location insights – pre and post – pandemic.

Watch Webinar

### Are You a Developer?

As an UltraGeoPoint Developer, you can use our API to lookup 500 IP addresses per day. Register for a FREE limited API developer account.

Register Now

**Marketing Solutions**

Fabrick™

Customer Analytics

Customer Experience

Customer Intelligence

AdAdvisor

**Risk Solutions**

TRUSTID Fraud Solutions

TRUSTID Compliance Solutions

TRUSTID Contact Center Solutions

**Communications Solutions**

Trusted Call Solutions

Business Listings

Carrier Provisioning

Global Numbering Insights

**Security Solutions**

Application & Network Security

DNS Services

Security Intelligence

Web Performance Management

Professional Services

Industries

Clients

Resources

Blog

**About Us**

Leadership

Careers

News & Events

Partners

**Contact Us**

Neustar Headquarters
1906 Reston Metro Plaza
Suite 500
Reston, VA 20190

571-434-5400

Product and Sales Inquiries:

**1-855-898-0036**

**neustar.**

Site search...

Privacy Support:
**1-844-638-2878**

  


---

Copyright © 2022 TransUnion LLC. All Rights Reserved    Privacy *(Updated 12/1/21)*    Your Ad Choices    Privacy Choices

Do Not Sell My Personal Information    Legal    Sitemap    Payments