UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC, <br><br> Plaintiff, <br><br> v. <br><br> BOOKING COM B.V., PRICELINE.COM LLC., AGODA COMPANY PTE. LTD., and OPENTABLE, INC., <br><br> Defendants. | Case No. 3:20-cv-08491-RS <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

**[PROPOSED] ORDER**

The Court, having reviewed Defendants' Motion for Judgment on the Pleadings, and related materials and all pleadings on file, and finding good cause exists for denying the requested relief, hereby DENIES the motion.

IT IS SO ORDERED.

DATED:                                          By: _____
                                                      RICHARD SEEBORG
                                                      Chief United States District Judge

[PROPOSED] ORDER DENYING MOTION FOR
JUDGEMENT ON THE PLEADINGS                                              Case No. 3:20-cv-08491-RS