Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

*Attorneys for Plaintiff Express Mobile, Inc.*

PETER H. KANG (SBN 158101)
peter.kang@bakerbotts.com
JEREMY J. TAYLOR (SBN 249075)
jeremy.taylor@bakerbotts.com
KATHERINE A. BURGESS (SBN 330480)
katherine.burgess@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300

*Attorneys for Defendants, BOOKING.COM B.V., PRICELINE.COM LLC, AGODA COMPANY PTE. LTD., and OPENTABLE, INC.*

*Additional counsel listed on last page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BOOKING.COM B.V., PRICELINE.COM LLC, AGODA COMPANY PTE. LTD., and OPENTABLE, INC.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-08491-RS<br><br>**JOINT STIPULATION TO DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees. Notwithstanding the dismissal, in response to any future claim of infringement of any of the patents-in-suit, Defendants retain the right to challenge validity,

JOINT STIPULATION TO DISMISSAL WITH PREJUDICE | Case No. 3:20-cv-084921-RS

1  infringement, and/or enforceability of the patents-in-suit via defense or otherwise, in any future suit
2  or proceeding.  The parties request that the Clerk of Court close this case.
3  DATED: May 19, 2022
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| /s/ Steven Rizzi | /s/ Jeremy J. Taylor |
| Kirk D. Dillman (SBN 110486) | PETER H. KANG (SBN 158101) |
| kdillman@mckoolsmithhennigan.com | peter.kang@bakerbotts.com |
| Alan P. Block (SBN 143783) | JEREMY J. TAYLOR (SBN 249075) |
| ablock@mckoolsmithhennigan.com | jeremy.taylor@bakerbotts.com |
| MCKOOL SMITH HENNIGAN, P.C. | KATHERINE A. BURGESS (SBN 330480) |
| 300 South Grand Avenue, Suite 2900 | katherine.burgess@bakerbotts.com |
| Los Angeles, California 90071 | BAKER BOTTS L.L.P. |
| Telephone: (213) 694-1200 | 101 California Street, Suite 3600 |
| | San Francisco, CA 94111 |
| Steven Rizzi (admitted *pro hac vice*) | Tel: (415) 291-6200 |
| srizzi@McKoolSmith.com | Fax: (415) 291-6300 |
| Ramy E. Hanna (admitted *pro hac vice*) | |
| rhanna@McKoolSmith.com | Margaret M. Welsh (admitted *pro hac vice*) |
| MCKOOL SMITH, P.C. | margaret.welsh@bakerbotts.com |
| One Manhattan West | BAKER BOTTS L.L.P. |
| 395 9th Avenue, 50th Floor | 30 Rockefeller Plaza |
| New York, New York 10001-8603 | New York, NY 10112 |
| Telephone: (212) 402-9400 | Tel: (212) 408-2500 |
| | Fax: (212) 408-2501 |
| Christopher P. McNett (SBN 298893) | |
| cmcnett@mckoolsmith.com | *Attorneys for Defendants, BOOKING.COM B.V., PRICELINE.COM LLC, AGODA COMPANY PTE. LTD., and OPENTABLE, INC.* |
| MCKOOL SMITH, P.C. | |
| 1100 15th Street, NW | |
| 5th Floor | |
| Washington, DC 20005 | |
| Telephone: (212) 402-9400 | |

Scott W. Hejny (admitted *pro hac vice*)
shejny@mckoolsmith.com
McKOOL SMITH, P.C.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

*Attorneys for Plaintiff Express Mobile, Inc.*

**Pursuant to Local Rule 5.1 (h)(3) I, Steven Rizzi attest that the above signatory has authorized this filing and concurs in its content.**